DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD FELLMAN** and **MELISSA FELLMAN,**
Appellants,

v.

**MISSION VIEJO CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D22-1260

[April 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502021CA010617XXXXMB.

Shawn G. Brown of Kaye Bender Rembaum, P.L., Tampa, for appellants.

Robert E. Menje of Robert E. Menje, PLLC, Okeechobee, for appellee.

John H. Pelzer and Chad Tamaroff of Greenspoon Marder LLP, Fort Lauderdale, for intervenors.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***